# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANETTA SCONIERS, | CASE NO. 1:11-cv-00113-LJO-SMS |
| Plaintiff, | |
| v. | ORDER STRIKING COMPLAINT |
| FRESNO COUNTY SUPERIOR COURT, et al., | |
| | (Doc. 1) |
| Defendants. | |

On January 21, 2011, Plaintiff Janetta L. Sconiers, by her attorney, Ralston L. Courtney, filed a 569-page complaint against 67 named defendants and 50 "John Doe" defendants, alleging multiple causes of action and seeking multiple forms of relief. Attorney Courtney failed to sign the complaint, in violation of F.R.Civ.P. 11. Accordingly, this Court will strike the complaint.

Should Plaintiff and Attorney Courtney elect to sign and re-file the complaint at a later date, they are directed to review carefully the representations that an attorney or unrepresented plaintiff make to the Court by signing a complaint (F.R.Civ.P. 11(b)) and the potential sanctions for misrepresentations to the Court (F.R.Civ.P. 11(c)). Plaintiff and Attorney Courtney may also wish to review and carefully consider F.R.Civ.P. 8(a), which requires that a complaint include short and plain statements setting forth the grounds for the Court's jurisdiction and short and plain statements of the claim showing that the Plaintiff is entitled to relief. "Each allegation must be simple, concise, and direct." F.R.Civ.P. 8(d)(1).

Accordingly, this Court hereby strikes the complaint, filed January 21, 2011, for failure to comply with the requirements of F.R.Civ.P. 11.

IT IS SO ORDERED.

**Dated:   January 24, 2011**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE