# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANETTA SCONIERS, | CASE NO. 1:11-cv-00113-LJO-SMS |
| Plaintiff, | ORDER TO PLAINTIFF TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |
| v. | |
| FRESNO COUNTY SUPERIOR COURT, et al., | Date: March 30, 2011<br>Time: 9:00 a.m.<br>Courtroom 7 |
| Defendants. / | |

On January 24, 2011, this Court struck Plaintiff's complaint for failure to comply with the requirements of F.R.Civ.P. 11, specifically the failure of Plaintiff's counsel to sign the complaint. Plaintiff has taken no action to file an amended complaint. Failure of a plaintiff to prosecute an action is grounds for dismissal. *In re Phenylpropanolamine (PPA) Products Liability Litigation*, 460 F.3d 1217, 1226 (9th Cir. 2006).

Accordingly, this Court hereby orders that counsel for Plaintiff either (1) file an amended complaint compliant with F.R.Civ.P. 11 within thirty (30) days of this order; or (2) voluntarily dismiss this action within thirty days of this order; or (3) appear at a hearing set for 9:00 a.m., March 30, 2011, before the Honorable Sandra M. Snyder, United States Magistrate Judge, prepared to show cause why this action should not be dismissed for failure to prosecute.

IT IS SO ORDERED.

**Dated:   March 3, 2011**               /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE