# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANETTA SCONIERS,<br><br>                Plaintiff,<br><br>   v.<br><br>FRESNO COUNTY SUPERIOR COURT, et al.,<br><br>                Defendants.<br>_____/ | CASE NO. 1:11-cv-00113-LJO-SMS<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR A CONTINUANCE OF ORDER TO PLAINTIFF TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH FEDERAL RULES OF CIVIL PROCEDURE<br><br>Date: March 30, 2011<br>Time: 9:00 a.m.<br>Courtroom 7 |

On January 24, 2011, this Court struck Plaintiff's complaint for failure to comply with the requirements of F.R.Civ.P. 11, specifically the failure of Plaintiff's counsel to sign the complaint. Noting that the complaint totaled 569 pages, the Court granted Plaintiff the right to amend in conformity with F.R.Civ.P. 8 and 11. On March 10, 2011, Plaintiff again filed the 569-page complaint, purportedly signed by counsel. Thereafter, this Court ordered counsel for Plaintiff appear at a hearing set for 9:00 a.m., March 30, 2011, before the Honorable Sandra M. Snyder, United States Magistrate Judge, prepared to show cause why this case should not be dismissed with prejudice, and sanctions imposed, for failure to comply with the Federal Rules of Civil

///

///

Procedure. Plaintiff responded by adding the Clerk of Court as a Defendant in this case and moving this Court for a continuance of the hearing pending service of the complaint.

Plaintiff's motion for a continuance is DENIED.

IT IS SO ORDERED.

**Dated:**     **March 14, 2011**               /s/ Sandra M. Snyder
                                                UNITED STATES MAGISTRATE JUDGE