# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANETTA SCONIERS,<br><br>            Plaintiff,<br><br>   v.<br><br>FRESNO COUNTY SUPERIOR COURT,<br> et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:11-cv-00113-LJO-SMS<br><br>ORDER TO PLAINTIFF TO SHOW CAUSE<br>WHY CASE SHOULD NOT BE DISMISSED<br><br>Date: March 30, 2011<br>Time: 9:00 a.m.<br>Courtroom 7 |

      On January 24, 2011, this Court struck Plaintiff's complaint for failure to comply with the requirements of F.R.Civ.P. 11, specifically the failure of Plaintiff's counsel to sign the complaint. Noting that the complaint totaled 569 pages, the Court granted Plaintiff the right to amend in conformity with F.R.Civ.P. 8 and 11.  On March 10, 2011, Plaintiff again filed the 569-page complaint, purportedly signed by counsel.

      This Court hereby orders that counsel for Plaintiff appear at a hearing set for 9:00 a.m., March 30, 2011, before the Honorable Sandra M. Snyder, United States Magistrate Judge, prepared to show cause why this case should not be dismissed with prejudice and sanctions imposed.  Note: Counsel must appear; the Plaintiff herself may not appear instead of, without legal counsel.

IT IS SO ORDERED.

**Dated:   March 11, 2011**             /s/ Sandra M. Snyder
                                                  UNITED STATES MAGISTRATE JUDGE