# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANETTA SCONIERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRESNO COUNTY SUPERIOR COURT,<br>　et al.,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. 1:11-cv-00113-LJO-SMS<br><br>ORDER STAYING DISTRICT COURT<br>ACTION PENDING RESOLUTION OF<br>INTERLOCUTORY APPEAL<br><br><br><br>(Docs. 23 and 24) |

　　On March 25, 2011, Plaintiff Janetta L. Sconiers, by her attorney, Ralston L. Courtney, moved to stay proceedings before the U.S. District Court for the Eastern District of California pending resolution of her interlocutory appeal to the United States Court of Appeals for the Ninth Circuit.  The Court hereby ORDERS that further proceedings in this matter shall be stayed pending resolution of Plaintiff's interlocutory appeal.

IT IS SO ORDERED.

Dated:   March 28, 2011　　　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE