1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANETTA SCONIERS, | CASE NO. 1:11-cv-00113-LJO-SMS |
| Plaintiff, | |
| v. | ORDER LIFTING STAY FOLLOWING DISMISSAL BY UNITED STATES COURT OF APPEALS |
| FRESNO COUNTY SUPERIOR COURT, et al., | |
| Defendants. | (Docs. 15, 17, 23, 24, and 26) |

_____/

The United States Court of Appeals for the Ninth Circuit having dismissed Plaintiff's interlocutory appeal on May 27, 2011, the stay of district court action pending resolution of interlocutory appeal (Doc. 26) is hereby lifted.

IT IS SO ORDERED.

**Dated:**   **June 1, 2011**              /s/ Sandra M. Snyder
                                UNITED STATES MAGISTRATE JUDGE

1