# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANETTA SCONIERS,<br><br>           Plaintiff,<br><br>     v.<br><br>FRESNO COUNTY SUPERIOR COURT, et al.,<br><br>           Defendants.<br>                                                              / | CASE NO. 1:11-cv-00113-LJO-SMS<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION AS MOOT<br><br>(Doc. 36) |

On July 21, 2011, Plaintiff Janetta Sconiers filed a motion seeking a preliminary injunction, seeking to stay the hearing of an order to show cause scheduled for Friday, July 29, 2011 (Doc. 36). On July 25, 2011, before the Court could rule on Plaintiff's motion, Plaintiff filed a notice of appeal to the U.S. Court of Appeals for the Ninth Circuit (Doc. 37) and a motion to this Court to stay all proceedings pending resolution of her interlocutory appeal (Doc. 38). The Court granted Plaintiff's motion for stay on July 26, 2011 (Doc. 39). As a result, the hearing on the Order to Show Cause was stayed and removed from the Court's calendar.

Accordingly, Plaintiff's motion for a preliminary injunction to stay the Order to Show Cause scheduled for July 29, 2011 is DISMISSED as moot.

IT IS SO ORDERED.

**Dated:     October 19, 2011**               **/s/ Sandra M. Snyder**
                                                              UNITED STATES MAGISTRATE JUDGE