# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JANETTA SCONIERS,                           CASE NO. 1:11-cv-00113-LJO-SMS

                Plaintiff,            ORDER TO PLAINTIFF TO SHOW CAUSE
                                        WHY CASE SHOULD NOT BE DISMISSED

    v.

FRESNO COUNTY SUPERIOR COURT,               Date: November 16, 2011
  et al.,                                   Time: 10:30 a.m.
                                   Courtroom 1
                  Defendants.
_____/

On January 24, 2011, this Court struck Plaintiff's complaint for failure to comply with the requirements of F.R.Civ.P. 11, specifically the failure of Plaintiff's counsel to sign the complaint. Noting that the complaint totaled 569 pages, the Court granted Plaintiff the right to amend the complaint in conformity with F.R.Civ.P. 8 and 11. On March 10, 2011, Plaintiff again filed the 569-page complaint, purportedly signed by counsel.

Thereafter, the Court has twice ordered Plaintiff to appear at a hearing prepared to show cause why this case should not be dismissed for failure to comply with the Federal Rules of Civil Procedure. In each instance, Plaintiff has responded by adding court personnel as defendants in this case, moving for disqualification of the judges of this Court, and moving for an order compelling service of her complaint in the form in which she submitted it. Each of Plaintiff's motions address the substantive merits of her complaint but fail to address the provisions of F.R.Civ.P. 8 and 11 which are at issue with regard to her lengthy complaint, which appears to violate the provisions of the rules. Then, in each instance, following the filing of these multiple motions , but before the Court has had the opportunity to address the motions, Plaintiff has filed

an interlocutory appeal to the United States Circuit Court of Appeals for the Ninth Circuit and has moved the District Court for a stay of proceedings pending the outcome of her appeal.  In each instance, the Ninth Circuit has dismissed Plaintiff's appeal for lack of jurisdiction.

This Court HEREBY ORDERS that counsel for Plaintiff appear at a hearing set for 10:30 a.m., November 16, 2011, before the Honorable Sandra M. Snyder, United States Magistrate Judge, prepared to show cause why this case should not be dismissed with prejudice and sanctions imposed.

IT IS SO ORDERED.

**Dated:**   **October 21, 2011**                         **/s/ Sandra M. Snyder**
                                                UNITED STATES MAGISTRATE JUDGE