# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANETTA SCONIERS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FRESNO COUNTY SUPERIOR COURT,<br>et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:11-cv-00113-LJO-SMS<br><br>ORDER TO ATTORNEY RALSTON L. COURTNEY TO SHOW CAUSE WHY HE SHOULD NOT BE HELD IN CONTEMPT FOR FAILURE TO PAY SANCTIONS<br><br>Date: April 11, 2012<br>Time: 10:00 a.m.<br>Courtroom 1 |

　　　　On December 13, 2011, this Court sanctioned Attorney Ralston Courtney pursuant to F.R.Civ.P. 11 for failing to conduct a reasonable and competent inquiry regarding (a) Plaintiff's motives for proceeding with the complaint; (2) the legal sufficiency of the asserted claims; and (c) the factual sufficiency of the asserted claims (Doc. 71).  The Court ordered Courtney to pay a penalty of $5000.00 to the Court's Nonappropriated Fund no later than January 14, 2012 (Doc.71).  Courtney has neither appealed the Court's order not paid the penalty.

　　　　This Court HEREBY ORDERS that Attorney Ralston L. Courtney appear at a hearing set for 10:00 a.m., April 11, 2012, before the Honorable Sandra M. Snyder, United States Magistrate Judge, in Courtroom 1of the Robert E. Coyle United States Courthouse, 2500 Tulare Street, Fresno, California, prepared to show cause why he should not be held in civil contempt for failure to pay the court-ordered sanction.  Courtney is advised that failure to appear at the time and place designated in this Order may result in his being adjudged in contempt.

IT IS SO ORDERED.

Dated:　　February 29, 2012　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE