# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANETTA SCONIERS, | CASE NO. 1:11-cv-00113-LJO-SMS |
| Plaintiff, | ORDER DIRECTING COURT TO DISABLE LOG-IN AND PASSWORD |
| v. | |
| FRESNO COUNTY SUPERIOR COURT, et al., | |
| Defendants. | |

Plaintiff Ralston Courtney having declared that he has retired from the practice of law (Doc. 91), the Clerk of Court is directed to disable the log-in and password to the electronic filing system of attorney Ralston Courtney.

IT IS SO ORDERED.

**Dated:    March 23, 2012            /s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE