1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

### EASTERN DISTRICT OF CALIFORNIA

8
9

JANETTA SCONIERS,                                CASE NO. 1:11-cv-00113-LJO-SMS

               Plaintiff,            ORDER DIRECTING COURT TO

10
                                               DISABLE LOG-IN AND PASSWORD

   v.

11
12

FRESNO COUNTY SUPERIOR COURT,
 et al.,

13

               Defendants.

14
_____/

15
16
     Plaintiff Ralston Courtney having declared that he has retired from the practice of law

17
(Doc. 91), the Clerk of Court is directed to disable the log-in and password to the electronic

filing system of attorney Ralston Courtney.

18
IT IS SO ORDERED.

19

**Dated:**   **March 23, 2012**                          _____/s/ Lawrence J. O'Neill_____

20
                                     UNITED STATES DISTRICT JUDGE

21
22
23
24
25
26
27
28