IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANETTA SCONIERS,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>JUDICIAL COUNCIL OF<br>CALIFORNIA, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. CV F 11-0113 LJO SMS<br><br>**ORDER FOR CIVIL CONTEMPT AND TO ADOPT FINDINGS AND RECOMMENDATIONS**<br>(Doc. 109.) |

   This Court's December 13, 2011 order required plaintiff's attorney Ralston L. Courtney ("Mr. Courtney"), no later than January 13, 2012, to pay a $5,000 sanction. U.S. Magistrate Judge Sandra L. Snyder's March 1, 2012 order required Mr. Courtney to appear on April 11, 2012 to show cause why he should not be held in contempt for failure to pay the $5,000 sanction. U.S. Magistrate Judge Snyder's March 21, 2012 order again required Mr. Courtney to appear on April 11, 2012 to show cause why he should not be held in contempt. Mr. Courtney failed to pay the $5,000 sanction and to appear on April 11, 2012.

   U.S. Magistrate Judge Snyder issued April 12, 2012 findings and recommendations that Mr.

Courtney be arrested and detained until he pays the $5,000 sanction.[1] Mr. Courtney filed April 18, 2012 generally indecipherable objections to the findings and recommendations and which did not excuse his disobedience of Court orders and failure to pay the $5,000 sanction. Mr. Courtney continues to disobey this Court's orders and to refuse to address meaningfully the $5,000 sanction.

On the basis of good cause, this Court:

1.  ADOPTS in full the April 12, 2012 findings and recommendations after this Court's de novo review of the findings and recommendations;

2.  FINDS Mr. Courtney in civil contempt for his disobedience of this Court's December 13, 2011, March 1, 2012 and March 21, 2012 orders and for his failure to pay the $5,000 sanction and to appear as ordered;

3.  ISSUES a bench warrant for the arrest of Mr. Courtney;

4.  SETS bail at $5,000;

5.  ORDERS that Mr. Courtney on arrest be incarcerated until he pays the $5,000 sanction; and

6.  DIRECTS the clerk to serve this order on Mr. Courtney electronically via the CM/ECF system and by U.S. Mail at his address of 28983 Limestone Way, Coursegold, CA 93614.

IT IS SO ORDERED.

Dated:   April 20, 2012                       /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

---

[1] The record reflects that the findings and recommendations were served on Mr. Courtney electronically. This Court has received no notice that Mr. Courtney did not receive the findings and recommendations by additional U.S. Mail service. This Court surmises that Mr. Courtney indeed received the findings and recommendations given is April 18, 2012 objections.