# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANETTA SCONIERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JUDICIAL COUNCIL OF CALIFORNIA, et al.,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. 1:11-cv-00113-LJO-SMS<br>APPEAL NO.<br><br>ORDER RECOMMENDING DENIAL OF PLAINTIFF'S REQUEST TO FILE APPEAL FILED May 15, 2012<br>*IN FORMA PAUPERIS*<br><br>(Docs. 118 and 119) |

　　　On May 1, 2012, this Court signed an order discharging a warrant and sanctions order against Plaintiff's former counsel, Ralston L. Courtney.  In response, Plaintiff Janetta Sconiers, proceeding *pro se*, appeals the May 1, 2012 order to the United States Court of Appeals for the Ninth Circuit.  Not only does Plaintiff lack standing to pursue an appeal on behalf of her former attorney, the May 1, 2012 order was favorable to Mr. Courtney.  In addition, Plaintiff again appeals substantially the same issues addressed in her recent prior appeals (Nos. 11-15828, 11-16825, 11-17626, 12-15074, 12-15130, 12-15176, 12-15405, 12-15406, 12-15407, 12-015408, 12-15415, 12-15416, 12-15724, and 12-16040).

　　　Because the appeal filed May 15, 2012, is malicious and frivolous, this Court recommends that Plaintiff's request for waiver of the filing fee be denied.

IT IS SO ORDERED.

Dated: 　May 17, 2012　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE