# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANETTA SCONIERS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JUDICIAL COUNCIL OF CALIFORNIA, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:11-cv-00113-LJO-SMS<br>APPEAL NO.<br><br>ORDER RECOMMENDING DENIAL OF PLAINTIFF'S REQUEST TO FILE APPEAL FILED AUGUST 15, 2012 *IN FORMA PAUPERIS*<br><br>(Doc. 133) |

　　　On August 15, 2012, Plaintiff Janetta Sconiers, proceeding *pro se*, filed a notice of appeal to the United States Court of Appeals for the Ninth Circuit that purports to appeal unspecified orders of this Court dated December 13, 2011; January 20, 2012; January 23, 2012; April 20, 2012; April 23, 2012; and May 1, 2012. This untimely appeal addresses substantially the same issues addressed in her recent prior appeals (Nos. 11-15828, 11-16825, 11-17626, 12-15074, 12-15130, 12-15176, 12-15405, 12-15406, 12-15407, 12015408, 12-15415, 12-15416, 12-15724, and 12-16040).

　　　Because the appeal filed August 15, 2012 is malicious, frivolous, and untimely, this Court recommends that Plaintiff's request for waiver of the filing fee be denied.

IT IS SO ORDERED.

**Dated:   August 18, 2012**　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE